**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Yigal  Bosch v. Frost National Bank

Appellate case number:   01-14-00191-CV

Trial court case number: 2009-63337

Trial court:             133rd District Court of Harris County

On April 4, 2014, Appellant Yigal Bosch filed a Motion to Use Clerk's Records in Case 01-13-00190-CV.

The motion is **GRANTED**.  The Clerk of this Court is instructed to transfer the trial court record from appellate cause number 01-13-00190-CV to 01-13-00191-CV.  Appellant is responsible for obtaining any additions to the trial clerk's record not already included in 01-13-00190-CV.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   X  Acting individually     ☐  Acting for the Court

Date:  April 17, 2014